# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 29, 2012

Robert P. Young, Jr.,
Chief Justice

145219-20

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

In re N. BRITTON, Minor.

SC: 145219
COA: 306495
Wayne CC Fam Div: 11-499515-NA

_____/

In re K. BRITTON, Minor.

SC: 145220
COA: 306498
Wayne CC Fam Div: 11-499514-NA

_____/

On order of the Court, the application for leave to appeal the May 10, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 29, 2012

Clerk

p0626